IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FIDENCIO GARCIA-GARCIA**                               **PLAINTIFF**

v.                  **CASE NO. 3:23-CV-00201-BSM**

**KEVIN MOLDER, Sheriff, and**
**TRISHA MARSHALL, Captain,**
**Poinsett County Detention Center**                               **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 10] is adopted and Fidencio Garcia-Garcia's amended complaint is dismissed without prejudice.

IT IS SO ORDERED this 29th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE