IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FIDENCIO GARCIA-GARCIA                                                                PLAINTIFF

v.                              CASE NO. 3:23-CV-00201-BSM

KEVIN MOLDER, Sheriff, and
TRISHA MARSHALL, Captain,
Poinsett County Detention Center                                                      DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE